UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALVARO MATA and IVETTE MATA,

    Plaintiffs,

vs.

FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,

    Defendants.

Case No.: **CV 22-124-GW-JEMx**

**ORDER ON STIPULATION, REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES**

Honorable Judge George H. Wu

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Plaintiffs ALVARO MATA and IVETTE MATA ("**Plaintiffs**") and Defendant FCA US LLC ("**Defendant**"), by and through their respective counsel of record, have

-2-

entered into a stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $17,000.00 in attorney fees, costs and expenses in a check made payable to the Knight Law Group and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $17,000.00 to Plaintiffs within 60 days of October 19, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 24, 2022

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

Prepared by:
**KNIGHT LAW GROUP, LLP**
Roger Kirnos (SBN 283163)
*rogerk@knightlaw.com*
Jacob Cutler (SBN 264988)
*jacobc@knightlaw.com*
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Attorneys for Plaintiffs,
**ALVARO MATA and IVETTE MATA**