UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MATA and IVETTE MATA,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO : CV 22-124-GW-JEMx<br><br>ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Honorable Judge George H. Wu |

-2-

## ORDER

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 9, 2023

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE